UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Richard Clark III

_____

Plaintiff(s)

vs.

Tyson Foods, Inc.

_____

Defendant(s)

FILED
APR 5 2010
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case No: 10-4034

PRO SE COMPLAINT AGAINST EMPLOYMENT DISCRIMINATION, UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. §§ 2000e-5

I. PREVIOUS PROCEEDINGS BEFORE THE EQUAL EMPLOYMENT OPPORTUNITIES COMMISSION (EEOC)

A. Have you filed a charge before the federal Equal Employment Opportunities Commission (EEOC) relating to this claim of employment discrimination?

(✓) YES

( ) NO

B. If your answer is YES, describe the EEOC proceeding:

1. Parties to the previous EEOC proceeding:

Petitioner (s) Tyson Foods, INC

Respondent (s) _____

_____

_____

2. Location of EEOC office that handled your charge  Chicago Dist. Off. 500 W. Madison St. 2000

3. Docket or case number of your charge: 846-2009-59158

4. Disposition (what was the final result of your charge): Title VII, The Americans with Disabilities Act. Notice of Suit Rights.

_____

5. Has EEOC written you a right-to-sue letter (telling you that you have the right to sue in a United States District Court if you are dissatisfied with the disposition of your charge)?

   (✓) YES

   ( ) NO

6. Date of filing charge before EEOC: 09-19-09

7. Date of disposition by EEOC: 01-20-10

C. Attach copies of all documents you possess relating to the EEOC proceeding, ESPECIALLY YOUR RIGHT-TO-SUE LETTER.

II.   PREVIOUS LOCAL, STATE OR FEDERAL PROCEEDINGS OTHER THAN EEOC

A. Have you begun other legal proceedings before state or local courts or agencies, or a federal court (but NOT the EEOC) relating to your claim of employment discrimination?

   ( ) YES

   (✓) NO

Page 3

   B. If your answer is YES, describe each legal proceeding:

      1. Parties to the previous legal proceeding:
         Plaintiff(s) or petitioner(s) _____

         Defendant(s) or respondent(s) _____

      2. Name of court or agency: _____

      3. Docket or case number: _____

      4. Name of the judge or hearing officer: _____

      5. Disposition (for example: Was the case dismissed? Who won? Was there an appeal? Is the appeal pending or final? _____

      6. Date of beginning previous proceeding:_____

      7. Date of disposition of proceeding:_____

NOTE: If there was more than one previous legal proceeding, excluding an EEOC proceeding, describe them on separate sheets of paper. Follow the outline above, label the sheets clearly, and attach them to this pro se complaint.

Page 4

    C.    Have you attached separate sheets regarding previous state, local or federal legal proceedings (other than EEOC)?

        ( ) YES

        (✓) NO

III.    PARTIES TO YOUR PRO SE COMPLAINT OF EMPLOYMENT DISCRIMINATION

    A.    Plaintiff(s)

        1. Your full name **Richard Clark III**

        2. Your address **Rock Island, IL. 61201**

        3. Names and addresses of other plaintiffs, if any (You should name other plaintiffs only if they were petitioners with you in a previous EEOC proceeding, or else if EEOC began a previous proceeding on behalf of you and them): _____

(Use a separate sheet if necessary; label it clearly if so)

    B.    Have you attached a separate sheet naming other plaintiffs?

        ( ) YES

        (✓) NO

    C.    Defendant (s) (You should name here the first-named respondent, or else its successor, in the previous EEOC proceeding brought by you or on your behalf):

        1. Full name (individual or firm): **Tyson Foods, Inc.**

Page 5

2. Business address: *Highway 92 Joslin, IL.*

3. Job position (if individual) _____

4. Status as an entity (if defendant is a business firm):

(✓) Corporation

( ) Partnership

( ) Sole Proprietorship

( ) Other _____

(If you do not know this information, and you cannot find out by reasonable means, ask the defendant for it. If the defendant will not tell you, leave this section blank.)

5. Names, business addresses, and job position or entity status of other defendants, if any (you should name additional defendants only if they were named as respondents in a previous EEOC proceeding brought by you or on your behalf): _____

(Use a separate sheet if necessary; label it clearly if so)

D. Have you attached a separate sheet naming other defendants?

( ) YES

(✓) NO

IV.   STATEMENT OF YOUR CLAIM OF EMPLOYMENT DISCRIMINATION

　　A. Were you:
　　　　( ) Not hired?
　　　　(X) Discharged?
　　　　( ) Suspended?
　　　　( ) Demoted?
　　　　( ) Denied Promotion?
　　　　( ) Denied Wage Increases?
　　　　( ) Other (please specify) _____

　　B.   State here as briefly, concisely and clearly as possible the essential facts of your claim. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. Include precisely how each defendant in this action is involved. Include the names of other persons involved who are not defendants; give dates and place. Concentrate on describing as clearly and simply as possible the employment practice you allege to be illegal, and how it discriminated against you. IT IS NOT NECESSARY TO MAKE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. IN MOST CIRCUMSTANCES, THIS ONLY MAKES THE CLAIM OF A LAYMAN MORE DIFFICULT TO UNDERSTAND. AS MUCH AS POSSIBLE, LET THE FACTS SPEAK FOR THEMSELVES.

On 10-30-08 I injured myself at work. An Emergency room visit suggested immediate surgery. I notified employer (Tyson) the next day in person with the attending physicians findings. My supervisor, Cathy Chavez was present at the time I injured myself. Didn't think at the time, it was that serious. Upon notification to my employer. My I.d. card and medical card were taken from me - and my surgery wasn't approved until 2 months after the injury. The date of my termination.

DO NOT FEEL COMPELLED TO USE ALL THE SPACE.

Page 7

V.   RELIEF YOU REQUEST

Check below what you want the court to do for you. You may make as many checks as you like.

(✓) Should you prevail in this lawsuit, award you back pay.

(✓) Should you prevail in this lawsuit, reinstate you in your old position.

(✓) Should you prevail in this lawsuit, award you certain costs of suit (but not attorneys fees).

( ) Other  Pain and suffering.

VI.  JURY DEMAND

(✓) YES                          ( ) NO

Signed this __28__ day of __January__, 20_10_.

Richard Clark III
Richard Clark III
(Signature of Plaintiff or Plaintiffs)

ADDRESS: 1847 13th. St.
Rock Island, IL.
61201

PHONE NO.: 563-209-4070

7

| EEOC Form 5 (5/01) | | | |
|---|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>846-2009-59158 | |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Richard Clark, III | (309) 631-9300 | 04-02-1970 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2416 5th St., Moline, IL 61265 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| TYSON FOODS, INC | 500 or More | (800) 643-3410 |

| Street Address | City, State and ZIP Code |
|---|---|
| Highway 92, Joslin, IL 61257 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest — Latest: 02-23-2009
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent on August 12, 2008. I last worked in Waste Disposal. Respondent is aware of my disability. During my employment, I was denied a reasonable accommodation. I was discharged on February 23, 2009.

I believe that I was discriminated against based on a disability, in violation of the Americans with Disabilities Act of 1990, as amended.

*During my employment, I was badly injured and terminated before my recovery even beg started.*

RECEIVED EEOC
SEP 2 2 2009
CHICAGO DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| X 09 19 09   X Richard Clark III<br>Date      Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

EEOC Form 161 (11/09) **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Richard Clark, III<br>1847 13th Street<br>Rock Island, IL 61201 | From: Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |

**CERTIFIED MAIL 7000 1670 0012 6742 0807**   CP

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2009-59158 | Pamela Pribble,<br>Investigator Support Asst | (312) 886-7491 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*   1-20-10

John P. Rowe,
**District Director**

Enclosures(s)   *(Date Mailed)*

cc:   **TYSON FOODS, INC**