Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED
NOV 2 0 2012
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

Richard Clark, III          )
                            )
                            )
        vs.                 )    Case Number:  **10-4034**
                            )
                            )
Tyson Foods, Inc.           )

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**  This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Summary Judgment is entered in favor of Defendant and against Plaintiff.

Dated:  11/20/2012

s/ Pamela E. Robinson
Pamela E. Robinson
Clerk, U.S. District Court